O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESUS MIGUEL SEDILLO, | ) | No. CV 12-7220-JGB(AS) |
| Petitioner, | ) | |
| | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| GREG LEWIS, Warden, | ) | |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts  the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this

2  Order, the Magistrate Judge's Report and Recommendation and the

3  Judgment herein on counsel for Petitioner and counsel for

4  Respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

8    DATED: _____October 22_____, 2014.

11   _____

12   JESUS G. BERNAL
     UNITED STATES DISTRICT JUDGE