O

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MIGUEL SEDILLO,<br><br>        Petitioner,<br><br>    v.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | No. CV 12-7220-JGB (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _October 22_, 2014.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE